**Kenneth B. Fromson, Esq.**
**FINKELSTEIN & PARTNERS, LLP**
**436 Robinson Avenue**
**Newburgh, NY  12550**
**Telephone:   (800) 634-1212**
**Facsimile:    (845) 562-3492**

**Counsel (admitted pro hac vice) for Plaintiffs**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DANIEL SPURR, LORRETTA SPURR, PATRICK SPURR and DEAN SPURR, all Individually and as successors in interest to The Estate of CHRISTY SPURR, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, WYETH LABORATORIES, INC., WYETH-AYERST PHARMACEUTICALS, INC., WYETH PHARMACEUTICALS, INC., and WYETH-AYERST INTERNATIONAL INC.,<br><br>Defendants. | C.A. No. 1:07-CV-01522-OWW-SMS<br><br>Assigned to:  Hon. O. Wanger<br><br>STIPULATION FOR FIRST CONTINUANCE OF HEARING OF DEFENDANTS' MOTION TO DISMISS FROM JANUARY 14, 2008 TO JANUARY 28, 2008 |

Pursuant to Local Rule 78-230 (g), the Plaintiffs and Defendants hereby stipulate as follows:

The parties have agreed that the hearing of Defendants' Motion to Dismiss, in Whole or in Part, Plaintiffs' First, Fourth, Fifth and Eighth Claims for Relief, currently scheduled for January 14, 2008,  is continued for the first time, until January 28, 2008.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the local rule 78-230(c) Plaintiffs' opposition papers to Defendants' motion
2  will be served 14 days prior to the January 28, 2008 hearing date and Defendants' reply papers
3  served 5 days prior to the hearing date.

4  Dated:    December 28, 2007                    Respectfully submitted,

5                                                  FINKELSTEIN & PARTNERS

7                                                  By:_____/s/_____
                                                         Kenneth Fromson

9                                                  JONES DAY

12                                                 By: ____/s/_____
                                                         Erik K. Swanholt

14  **IT IS SO ORDERED.**

16  Dated: January 2, 2008                       By:  /s/ OLIVER W. WANGER
                                                     Oliver W. Wanger
17                                                   United States District Court Judge

                                2                  **STIPULATION FOR CONTINUANCE
                                                   OF HEARING OF DEFENDANTS'
                                                   MOTION TO DISMISS**

PDF created with pdfFactory trial version www.pdffactory.com