1    Stuart M. Gordon (State Bar No. 037477)
     sgordon@gordonrees.com
2    Andrew W. Cary (State Bar No. 206799)
     acary@gordonrees.com
3    GORDON & REES LLP
     Embarcadero Center West
4    275 Battery Street, Suite 2000
     San Francisco, CA  94111
5    Telephone:  (415) 986-5900
     Facsimile:   (415) 986-8054

6

7    Erik K. Swanholt (State Bar No. 198042)
     ekswanholt@jonesday.com
8    JONES DAY
     555 South Flower Street, 50th Floor
9    Los Angeles, CA  90071-2300
     Telephone:  (213)489-3939
     Facsimile    (213)243-2539

10

11   Mark Herrmann (State Bar No. 06199919)
     mherrmann@jonesday.com
12   JONES DAY
     77 West Wacker
13   Chicago, IL  60601-1692
     Telephone:  (312)782-3939
     Facsimile:  (312)782-8585

14

15   Attorneys for Defendants

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANIEL SPURR, LORRETA SPURR, PATRICK SPURR and DEAN SPURR, all individually and as successors in interest to the Estate of CHRISTY SPURR, Deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>WYETH, WYETH LABORATORIES, INC., WYETH-AYERST PHARMACEUTICALS, INC., WYETH PHARMACEUTICALS, INC. and WYETH-AYERST INTERNATIONAL INC.,<br><br>        Defendants. | CASE NO. 1:07-cv-01522-0WW-SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

-1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
1:07-cv-01522-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs, DANIEL SPURR, LORRETA SPURR, PATRICK SPURR and DEAN

2   SPURR, all individually and as successors in interest to the Estate of CHRISTY SPURR,

3   Deceased, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure

4   41(a), hereby stipulate to the dismissal of Plaintiffs' action without prejudice, with each side

5   bearing its own attorneys' fees and costs.

6    Should Plaintiffs or a representative of Plaintiffs attempt to re-file claim against

7   Defendants, they should do so by re-filing in the United States District Court.

8   Respectfully submitted,

9   Dated:  January 24, 2008          LAW OFFICE OF LAURENCE O. MASSON

10                                     By:_____/s/_____

11                                        Laurence O. Masson
                                          Attorneys for Plaintiffs

12   Dated:  January 24, 2008          GORDON & REES

13

14                                     By_____/s/_____
                                          Stuart M. Gordon
15                                     Counsel for Defendants

16   OF COUNSEL:
     James M. Jones (*admitted pro hac vice*)
17   JONES DAY
     500 Grant St., Suite 3100
18   Pittsburgh, PA  15219-2502
     Telephone:      (412) 391-3939
19   Facsimile:      (412) 394-7959

20

21   Dated:  January 24, 2008

22   IT IS SO ORDERED.

23                                     /s/ OLIVER W. WANGER
                                          Honorable Oliver W. Wanger
24                                     United States District Court

25

26

27

28

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
1:07-cv-01522-OWW-SMS

AHP/1048496/5324337v.1

PDF created with pdfFactory trial version www.pdffactory.com